UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)
--------------------------------------------------------X
In re:

LAUREN ASHLEY BAEZ,　　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　　　Case No. 16-10492-mew
　　　　　　　Debtor.
--------------------------------------------------------X

LAUREN ASHLEY BAEZ,　　　　　　　　　　　Adv Case No. 16-01075-mew

　　　　　　　Plaintiff,

　　v.

VL FUNDING LLC, et.al.,

　　　　　　　Defendants.

--------------------------------------------------------X

### SO ORDERED STIPULATION
### DISMISSING ADVERSARY PROCEEDING AS TO
### <u>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2</u>

THIS CAUSE having come before the Court on the request of National Collegiate Student Loan Trust 2004-2 ("NCSLT" or "Defendant") and Plaintiff, Lauren Ashley Baez ("Plaintiff"), by and through their respective Attorneys, and hereby agree to the following:

**IT IS SO STIPULATED.**

1. Plaintiff and Defendant entered into a confidential Settlement Agreement resolving the adversary matter.

2. The Adversary Proceeding as to NCSLT is hereby dismissed.

3. The Trial currently set for January 30, 2018 at 2:00 p.m. is hereby vacated; and

4. The Adversary Proceeding shall be closed upon entry of this order.

| WELTMAN, WEINBERG & REIS, CO., L.P.A. | SMITH LAW GROUP |
|---|---|
| /s/ Geoffrey J. Peters | /s/ Austin C. Smith |
| Geoffrey J. Peters, Esq. | Austin C. Smith, Esq. |
| 3705 Marlane Drive | 3 Mitchell Place, Suite 5 |
| Grove City, OH 43123 | New York, NY 10017 |
| Telephone: (614) 883-0678 | Telephone: (917) 992-2121 |
| Fax: (614) 801-2601 | Fax : (212) 355-3739 |
| gpeters@weltman.com | austin@acsmithlawgroup.com |
| Counsel for Defendant, | Counsel for Plaintiff, |
| National Collegiate Student Loan Trust 2004-2 | Lauren Ashley Baez |
| *WWR# 021337542* | |
| Dated: Grove City, OH | Dated: New York, NY |
| January 29, 2018 | January 29, 2018 |

IT IS SO ORDERED

**s/Michael E. Wiles    1/29/2018**
UNITED STATES BANKRUPTCY JUDGE